```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATE OF AMERICA,            :
                                    :    21-cr-412-12(JSR)
        -v-                         :
                                    :    ORDER
KEWAANNE WILLIAMS.                  :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

On July 8, 2022, counsel to defendant Kewaanne Williams filed a letter on Mr. Williams's behalf requesting a modification of his bail conditions to allow him to attend a family and community event on Saturday, July 9, 2022, at Morton Park in the Bronx, New York. The Government and pretrial services oppose this request. According to the Government, on June 25, 2022, Mr. Williams was observed via GPS monitoring for several hours at a location in the Bronx, New York, outside of his home, in violation of the Court's limited modification of his bail conditions allowing him to attend a family event that day at Marcus Garvey Park in Harlem, New York.

In light of Mr. William's failure to adhere to the restrictions of the Court's prior modification of his bail conditions, the present request to modify the terms of his bail yet again is DENIED.

SO ORDERED.

Dated:   New York, NY                    /s/ Jed. S. Rakoff
         July 8, 2022                JED S. RAKOFF, U.S.D.J.